United States District Court
Southern District of Texas

**ENTERED**
November 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESUS  SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-377 |
| | § | |
| BEE COUNTY SHERIFF'S OFFICE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On October 14, 2020, United States Magistrate Judge Jason B. Libby issued his Memorandum and Recommendation (D.E. 78), recommending that Defendants' Motion for Summary Judgment Based on Qualified Immunity (D.E. 61) be granted.  The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation.  FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13.  No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 78), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge.  Accordingly, Defendants' motion for summary judgment (D.E. 61) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

ORDERED this 13th day of November, 2020.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE